## WILLIAMS v. THE STATE.

(Decided January 14, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. W. E. FORT.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for State.

McCLELLAN, J.—No bill of exceptions, and no error of record. Affirmed.

ANDERSON, C. J., and GARDNER, JJ., concur.